1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  )
12          Plaintiff,            )    NO. 2:12-MJ-108 KJN
                                  )
13     v.                         )    APPLICATION AND ORDER
                                  )    FOR UNSEALING COMPLAINT
14 MOHAMMAD ADNAN KHAN, et al.,   )
                                  )
15          Defendants.           )
   _____)
16

17      On April 30, 2012, the complaint was filed in the above-

18 referenced case.  Since one of the defendants has now been arrested,

19 it is no longer necessary for the complaint to be sealed.  The

20 government respectfully requests that the complaint and this file be

21 unsealed.

22 DATED: May 1, 2012              Respectfully submitted,

23                                BENJAMIN B. WAGNER
                                  United States Attorney
24

25                                By:/s/ Jared C. Dolan
                                  JARED C. DOLAN
26                                Assistant U.S. Attorney

27

28

1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )
                                   )
12           Plaintiff,            )     NO. 2:12-MJ-108 KJN
                                   )
13      v.                         )     ORDER
                                   )     FOR UNSEALING COMPLAINT
14  MOHAMMAD ADNAN KHAN,           )
                                   )
15           Defendants.           )
    _____)
16

17      The government's request to unseal the Complaint and this case

18  is GRANTED.

19  SO ORDERED:

20  DATED: May 1, 2012

21

22

23                              _____
                                KENDALL J. NEWMAN
24                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28