UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 4, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA,           )

       Plaintiff,                              )

v.                                                  )

MOHAMMAD ADNAN KHAN,         )

       Defendant.                             )

CASE NUMBER: 2:12-mj-00108 KJN

ORDER FOR RELEASE
OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Mohammad Adnan Khan</u>; Case <u>2:12-mj-00108</u>

<u>KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

    ___     Release on Personal Recognizance

    ___     Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of <u>$50,000.00</u>, co-signed

          by defendant's wife, Harpreit Deol

    ___     Appearance Bond with 10% Deposit

    _X_   (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>5/4/2012</u> at _2:57 pm_

By _____

Kendall J. Newman
United States Magistrate Judge