BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  Cr. 2:12-cr-180 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MOHAMMAD NAWAZ KHAN, et al., | |
| Defendants, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1.     By previous order at the defendants' arraignment, this matter was set for status on July 24, 2012 before the assigned district judge.

2.     On May 29, 2012, the Court signed a related case order and vacated the July 24, 2012 date.  A new date has not yet been set.

3.     By this stipulation, defendants now move to continue the status conference until September 27, 2012 and to exclude time between July 24, 2012 and September 27, 2012 under Local

USA v. KHAN, et al
2:12-cr-00180
Stip and Order Excluding Time

Code T4.  Plaintiff does not oppose this request.

4.       The parties agree and stipulate, and request that the Court find the following:

a.       The government has produced over 2,000 pages of discovery to date, which includes FBI-302s, interview memoranda, the search warrants and affidavit, redacted transcripts of recorded conversations and telephone calls, business records from the Employment Development Department, and deposition transcripts from the prior civil case.   The government has also made available for inspection and copying at the FBI evidence seized pursuant to the search warrants.  Finally, the government has made available for inspection and copying additional business records from the Employment Development Department.  These records are voluminous.

b.       Counsel for defendants desire additional time to review and copy discovery for this matter and to conduct additional investigation.

c.       Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.       The government does not object to the continuance.

e.       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 24, 2012 to September 27, 2012 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the

USA v. KHAN, et al
2:12-cr-00180
Stip and Order Excluding Time

public and the defendant in a speedy trial.

      5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:      July 22, 2012.

/s/ Jared C. Dolan
JARED C. DOLAN
Assistant United States Attorney

DATED:      July 22, 2012

/s/ Jared Dolan for
JOHN VIRGA
Counsel for Defendant Mohammad Nawaz Khan

DATED:      July 22, 2012

/s/ Jared Dolan for
RON PETERS
Counsel for Defendant Mohammad Adnan Khan

DATED:      July 22, 2012

/s/ Jared Dolan for
OLAF HEDBERG
Counsel for Defendant Mohammad Shahbaz Khan

DATED:      July 22, 2012

/s/ Jared Dolan for
RAJ CHIMA
Counsel for Defendant Iqila Begum Khan

DATED:      July 22, 2012.

/s/ Jared Dolan for
CHRIS COSCA
Counsel for Defendant Kewal Singh

USA v. KHAN, et al
2:12-cr-00180
Stip and Order Excluding Time

DATED:        July 22, 2012

                                    /s/ Jared Dolan for
                                    CANDACE FRY
                                    Counsel for Defendant Gurdev Johl


                                    **O R D E R**

        IT IS SO ORDERED.

Dated:  July 31, 2012

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE

USA v. KHAN, et al
2:12-cr-00180
Stip and Order Excluding Time