Rajdep S. Chima, Esq.
State Bar Number: 269677
The Law Offices of Raj S. Chima
500 Olive Street, Suite 10
Marysville, CA 95901
Ph: (530)749-0749
Fax: (530) 749-0748
Email: rchima@rajchimalaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMAD NAWAZ KHAN,<br><br>IQILA BEGUM KHAN, et al.,<br><br>Defendants. | Case NO. 2:12-cr-00180 MCE<br><br>STIPULATION REGARDING DATE RESPONSE TO PRE-HEARING BRIEF TO REVOKE PRETRIAL RELEASE |

STIPULATION

Defendant Iqila Khan, by and through her counsel of record, other Defendants, by and through their counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order of the Court, Plaintiff and Defendants had certain time frames in which to serve pre-trial briefs and responses, including that the Defendants Responses to the Plaintiff's Pre-Trial brief be served on August 21, 2012.

2. By stipulation, The Plaintiff and Defendants have agreed that the Defendants have until August 22, 2012 in which to file and serve their Responses.

3. The Parties agree and stipulate and request that the Court to make the following findings:

    a. The parties have meet and agreed to allow the defendants one additional day in which to respond to the Plaintiff's Pre-Trial Brief;

    b. That the additional day will not hinder the matter moving forward in a timely manner,

    c. Defendants request additional time in order to perfect the responses for filing,

    d. The Government does not object to the continuance.

IT IS SO STIPULATED

DATED: August 21, 2012

/s/Rajdep S. Chima
RAJDEP S. CHIMA
Counsel for Defendant Iqila Begum Khan

DATED: August 21, 2012

/s/Rajdep S. Chima for
JARED C. DOLAN
Assistant United States Attorney

DATED: August 21, 2012

/s/Rajdep S. Chima for
JOHN VIRGA
Counsel for Defendant Mohammad Nawaz Khan

///

DATED: August 21, 2012

/s/Rajdep S. Chima for
RON PETERS
Counsel for Defendant Mohammad Adnan Khan

DATED: August 21, 2012

/s/Rajdep S. Chima for
OLAF HEDBERG
Counsel for Defendant Mohammad Shahbaz Khan

DATED: August 21, 2012

/s/Rajdep S. Chima for
CHRIS COSCA
Counsel for Defendant Kewal Singh

DATED: August 21, 2012

/s/Rajdep S. Chima for
CANDACE FRY
Counsel for Defendant Gurdev Johl

ORDER

Good Cause Appearing, the above stipulation is granted.

DATE: August 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE