CHRIS COSCA (SBN 144546)
Law Offices of Chris Cosca
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
Kewal Singh

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>v.<br><br>MOHAMMAD NAWAZ KHAN, et al.,<br><br>                     Defendants. | CASE NO. 2:12-cr-0180 MCE<br><br>STIPULATION REGARDING<br>EXCLUDABLE TIME PERIODS<br>UNDER SPEEDY TRIAL ACT;<br>FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

    1.    The Court previously continued this matter to July 18, 2013, pursuant to a stipulation by the parties.

    2.    By this stipulation, defendants now move to continue the status conference until September 12, 2013 and to exclude time between July 18, 2013 and September 12, 2013 under Local Code T4. Plaintiff does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

USA v. KHAN, et al
2:12-cr-00180
Stip and Order Excluding Time

a. The government has produced over 7,000 pages of discovery to date, which includes FBI-302s, interview memoranda, the search warrants and affidavit, redacted transcripts of recorded conversations and telephone calls, business records from the Employment Development Department, and deposition transcripts from the prior civil case. The government has also made available for inspection and copying at the FBI evidence seized pursuant to the search warrants and business records that were subpoenaed from various banks. Finally, the government has made available for inspection and copying additional business records from the Employment Development Department. These records are voluminous.

b. Counsel for defendants desire additional time to review and copy discovery for this matter and to conduct additional investigation. In addition, the availability of the Punjabi interpreter is causing logistical difficulties for defense counsel's ability to consult with their clients and more time is needed to accomplish that consultation.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 13, 2013 to July 18, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the

USA v. KHAN, et al
2:12-cr-00180
Stip and Order Excluding Time

public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: July 16, 2013

/s/ Chris Cosca for
JARED C. DOLAN
Assistant United States Attorney

DATED: July 16, 2013

/s/ Chris Cosca for
JOHN VIRGA
Counsel for Defendant Mohammad Nawaz Khan

DATED: July 16, 2013

/s/ Chris Cosca for
RON PETERS
Counsel for Defendant Mohammad Adnan Khan

DATED: July 16, 2013

/s/ Chris Cosca for
OLAF HEDBERG
Counsel for Defendant Mohammad Shahbaz Khan

DATED: July 16, 2013

/s/ Chris Cosca for
KELLY BABINEAU
Counsel for Defendant Iqila Begum Khan

DATED: July 16, 2013

/s/ Chris Cosca
CHRIS COSCA
Counsel for Defendant Kewal Singh

DATED: July 16, 2013

/s/ Chris Cosca for
CANDACE FRY
Counsel for Defendant Gurdev Johl

USA v. KHAN, et al
2:12-cr-00180
Stip and Order Excluding Time

**O R D E R**

Pursuant to the parties' stipulation, the status conference currently scheduled for July 18, 2013, is hereby vacated and **continued to September 12, 2013, at 9 a.m.** in Courtroom 7. The time period between July 18, 2013 and September 12, 2013 is hereby excluded under Local Code T4 for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

USA v. KHAN, et al
2:12-cr-00180
Stip and Order Excluding Time