BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
SHERRY D. HARTEL HAUS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-180 MCE |
|---|---|
| Plaintiff, | |
| v. | |
| MOHAMMAD NAWAZ KHAN, MOHAMMAD ADNAN KHAN, MOHAMMAD SHAHBAZ KHAN, IQILA BEGUM KHAN, GURDEV KAUR JOHL, and KEWAL SINGH, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | CASE NO. 2:14-cr-169 MCE |
| Plaintiff, | STIPULATION REGARDING DISCLOSURE OF GRAND JURY TRANSCRIPTS AND PROTECTIVE ORDER; ORDER |
| v. | |
| MOHAMMAD RIAZ KHAN, MOHAMMAD SHAHBAZ KHAN, HARJIT KAUR JOHAL, and HAMIRA CHECHI, | |
| Defendants. | |

STIPULATION REGARDING DISCLOSURE OF GRAND
JURY TRANSCRIPTS AND PROTECTIVE ORDER;
[PROPOSED] ORDER

1

# STIPULATION

# STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. The United States also seeks to fulfill its obligations under <u>Brady v. Maryland</u>, 373 U.S. 83, 87 (1963) and its progeny, to produce evidence that is exculpatory, even in the absence of a request by the accused. *See, e.g.,* <u>United States v. Agurs</u>, 427 U.S. 97, 107 (1976).

2. Certain witnesses who testified before the Grand Jury in this matter gave testimony that could be considered exculpatory to the defendants in this matter. Two of these witnesses were subsequently indicted for perjury. Those witnesses are:

>  N.A. on May 8, 2014
>  J.K. on March 13, 2014 and April 10, 2014
>  Z.M. on May 8, 2014
>  H.D. on May 22, 2014
>  W.A. on May 8, 2014
>  N.S. on May 8, 2014
>  H.C. on April 24, 2014
>  G.D. on April 24, 2014
>  H.J. on May 8, 2014
>  P.M. on June 24, 2014
>  M.K. on June 24, 2014

3. By this stipulation, the United States now moves to disclose transcripts of witness testimony for the individuals listed above to the undersigned defense counsel.

4. The parties agree and stipulate, and request that the Court find the following:

   a. The transcripts released as set forth above are entrusted to each counsel only for the purposes of representing his or her client, in this criminal case and for no other purpose.

   b. Defense counsel shall not share any documents that contain any portion of such transcripts, including quotes or excerpts, verbal or written, with anyone other than those designated to have access to such transcripts as set forth above in Section 3.

   c. Defense counsel may permit the defendant to review the transcript(s), and be aware of their contents, but defendant shall not be given control of the Protected Information or provided any copies of the transcript.

d. Any person receiving Protected Information or a copy of the Protected Information from defendant's counsel shall be bound by the same obligations as counsel and further may not give the Protected Information to anyone (except that the protected documents shall be returned to counsel).

e. Defense counsel agrees to store the transcript(s) in a secure place and to use care to ensure that information is not disclosed to third parties in violation of this Agreement and the Court's Order.

f. Defense counsel agrees not to make any copies of such transcript(s);

In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold the transcript(s) form new counsel unless and until substituted counsel agrees also so be bound by this order.

IT IS SO STIPULATED.

Dated: August 25, 2014   BENJAMIN B. WAGNER
United States Attorney

/s/ Jared C. Dolan
JARED C. DOLAN
Assistant United States Attorney

Dated: August 25, 2014   /s/ Greg Foster
GREG FOSTER
Counsel for Defendant
MOHAMMAD NAWAZ
KHAN

Dated: August 25, 2014   /s/ Ron Peters
RON PETERS
Counsel for Defendant
MOHAMMAD ADNAN KHAN

| | | |
|---|---|---|
| Dated: August 25, 2014 | | /s/ Olaf Hedberg |
| | | OLAF HEDBERG |
| | | Counsel for Defendant |
| | | MOHAMMAD SHAHBAZ KHAN |

Dated: August 25, 2014                    /s/ Kelly Babineau
                                          KELLY BABINEAU
                                          Counsel for Defendant
                                          IQILA BEGUM KHAN

Dated: August 25, 2014                    /s/ Candice Fry
                                          CANDICE FRY
                                          Counsel for Defendant
                                          GURDEV KAUR JOHL

Dated: August 25, 2014                    /s/ Chris Cosca
                                          CHRIS COSCA
                                          Counsel for Defendant
                                          KEWAL SINGH

Dated: August 25, 2014                    /s/ Scott Tedmon
                                          SCOTT TEDMON
                                          Counsel for Defendant
                                          MOHAMMAD RIAZ KHAN

Dated: August 25, 2014                    /s/ Gilbert Roque
                                          GILBERT ROQUE
                                          Counsel for Defendant
                                          HARJIT JOHAL

Dated: August 25, 2014                    /s/ Michael Aye
                                          MICHAEL AYE
                                          Counsel for Defendant
                                          HAMIRA CHECHI

## ORDER

IT IS SO ORDERED this 26th day of August, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE