**Law Offices of Robert M. Wilson**
Robert M. Wilson, SBN: 122731
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: (916) 441-0888
RWilson@CriminalDefenseAtty.net

***ATTORNEYS FOR DEFENDANT***
MOHAMMAD ADNAN KHAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>, MOHAMMAD ADNAN KHAN,<br>,<br>                Defendants. | CASE NO. 2:12- CR 0180 MCE<br><br>WAIVER OF DEFENDANT'S APPEARANCE |

      Pursuant to Fed. R. Crim. P. 43(b)(3) and (4), defendant, MOHAMMAD ADNAN KHAN, waives his right to appear in person in open court in connection with the remand and resentencing of this matter. The issues to be resolved at sentencing are questions of law and sentence correction within the meaning of. Fed. R. Crim. P. 43(b)(3) and (4). Mr. Khan requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be represented at all times by the presence of his attorney, the same as if defendant were personally present. The defendant acknowledges that he has the right to be present at any and all hearings in this case.

      The original signed copy of this waiver is preserved by Mr. Adnan's attorney.

DATED: October __, 2017        /;s/ Mohammad Adnan-Khan,
                                         MOHAMMAD ADNAN KHAN

//

I agree with and consent to my client's waiver of appearance.

DATED  October 17, 2017        By:     /s/ Robert M. Wilson
                                       ROBERT M. WILSON
                                       Counsel for MOHAMMAD ADNAN KHAN

**ORDER**

It is hereby ordered that Mohammad Adnan Khan's appearance is waived in open court upon the hearing of any motion or other proceeding in this case about the remand and resentencing of this matter. The issues to be resolved at sentencing are questions of law and sentence correction within the meaning of. Fed. R. Crim. P. 43(b)(3) and (4).

IT IS SO ORDERED.

Dated:  October 17, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE