Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Mohammad Nawaz Khan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MOHAMMAD NAWAZ KHAN, and<br><br>MOHAMMAD ADNAN KHAN,<br><br>    Defendants. | Case No. 2:12-cr-00180 MCE<br><br>STIPULATION AND ORDER CONTINUING DATE FOR STATUS CONFERENCE |

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows:

The status conference regarding resentencing now set for January 18, 2018 be continued to February 22, 2018 at 10:00 a.m.

DATED: January 17, 2018                    /s/ Timothy E. Warriner, Attorney for
                                                                           Defendant, Mohammad Nawaz Khan

DATED: January 17, 2018                    /s/ Robert Wilson, Attorney for
                                                                           Defendant, Mohammad Adnan Khan

DATED: January 17, 2018         /s/ Jared C. Dolan, Assistant U.S.Attorney

ORDER

Pursuant to the above stipulation, the status conference in this matter is continued from January 18, 2018 to February 22, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 18, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE