Robert M. Wilson, State Bar No. 122731
RWilson@CriminalDefenseAtty.net
LAW OFFICES OF ROBERT M. WILSON
770 L Street, Suite 950
Sacramento, CA 95814
Phone: (916) 441-0888
FAX: (916) 361-6092

Attorneys for Defendant,
Mohammad Adnan Khan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MOHAMMAD NAWAZ KHAN and<br>MOHAMMAD ADNAN KHAN,<br>    Defendants. | Case No. 2:12-CR-00180 MCE<br><br>STIPULATION AND ORDER CONTINUING DATE FOR STATUS CONFERENCE |

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows:

The status conference regarding resentencing now set for February 22, 2018, be continued to April 26, 2018, at 10:00 a.m.

Dated: February 20, 2018                 /s/ Robert M. Wilson
                                                               Attorney for
                                                               Mohammad Adnan Khan

Dated: February 20, 2018                 /s/ Timothy E. Warriner
                                                                Attorney for
                                                               Mohammad Nawaz Khan

Dated: February 20, 2018                 /s/ Jared C. Dolan
                                                                Assistant United States Attorney

## ORDER

Pursuant to the above stipulation, the status conference in this matter is continued from February 22, 2018, to April 26, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 21, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE