McGREGOR W. SCOTT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00180 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: April 26, 2018 |
| MOHAMMAD NAWAZ KHAN, and MOHAMMAD ADNAN KHAN, | TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for a status conference on April 26, 2018.

2. The parties agree and stipulate, and jointly represent to the Court the following:

    a) The government is in the process of evaluating the loss amount in this case, consistent with the Ninth Circuit's mandate and the evidence. The government intends to produce for use by the Court in resentencing the defendants one or more declarations from law enforcement agents familiar with the calculation of loss in this matter. Case agents and undersigned counsel are scheduled to meet the week of April 23, 2018, to continue this preparation and hope to have the declaration(s) completed within the next month.

    b) The government also intends to present loss calculation information to counsel for the defendants during a meeting at the U.S. Attorney's Office on April 26, 2018.

    c) Following this meeting and completion of the government's declaration(s),

counsel for the defense will need additional time to review the evidence regarding the loss amount, conduct appropriate factual and legal research, and consult with their clients.

3. By this stipulation, the parties now move to continue the status conference until August 16, 2018, to allow them time to meet and confer regarding the loss amount in this case and to otherwise prepare for resentencing the defendants.

IT IS SO STIPULATED.

Dated: April 18, 2018                              McGREGOR W. SCOTT
                                                   United States Attorney


                                                   /s/ JEREMY J. KELLEY
                                                   JEREMY J. KELLEY
                                                   Assistant United States Attorney


Dated: April 18, 2018                              /s/ TIMOTHY E. WARRINER
                                                   TIMOTHY E. WARRINER
                                                   Counsel for Defendant
                                                   Mohammad Nawaz Khan


Dated: April 18, 2018                              /s/ ROBERT M. WILSON
                                                   ROBERT M. WILSON
                                                   Counsel for Defendant
                                                   Mohammad Adnan Khan


## ORDER

Pursuant to the above stipulation, the status conference in this matter is continued to August 16, 2018.

IT IS SO ORDERED.

Dated: April 19, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE