McGREGOR W. SCOTT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMAD NAWAZ KHAN, and MOHAMMAD ADNAN KHAN,<br><br>Defendants. | CASE NO. 2:12-CR-00180 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: August 16, 2018<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

By previous order, this matter was set for a status conference on August 16, 2018. The parties agree and stipulate, and jointly represent to the Court the following:

1. The parties have met and conferred regarding revised loss amounts. The government has provided the defense with revised loss calculations performed by the California Employment Development Department. These calculations consist of approximately 2,200 unemployment and disability claims. Counsel for the defendants need additional time to investigate these claims and calculations, and to consult with their clients.

2. The government is also finalizing declarations from case agents that will serve to support the government's loss calculations at resentencing. The government will provide those declarations to the defense as they are finalized. Defense counsel will need additional time to review these declarations, to review evidence and discovery, and to perform any additional investigation necessary regarding the

loss in this case.

3. Defense counsel estimate they need approximately ninety additional days to further investigate the loss in this case.

By this stipulation, the parties now move to continue the status conference until November 15, 2018, to allow further time for the parties to calculate the loss amount in this case and to otherwise prepare for resentencing the defendants.

IT IS SO STIPULATED.

Dated: August 14, 2018                                    McGREGOR W. SCOTT
                                                         United States Attorney


                                                         /s/ JEREMY J. KELLEY
                                                         JEREMY J. KELLEY
                                                         Assistant United States Attorney


Dated: August 14, 2018                                   /s/ TIMOTHY E. WARRINER
                                                         TIMOTHY E. WARRINER
                                                         Counsel for Defendant
                                                         Mohammad Nawaz Khan


Dated: August 14, 2018                                   /s/ ROBERT M. WILSON
                                                         ROBERT M. WILSON
                                                         Counsel for Defendant
                                                         Mohammad Adnan Khan


**ORDER**

Pursuant to the above stipulation, IT IS SO ORDERED that the status conference in this matter is continued to November 15, 2018.

IT IS SO ORDERED.


Dated: August 21, 2018

                                                         _____
                                                         MORRISON C. ENGLAND, JR
                                                         UNITED STATES DISTRICT JUDGE