McGREGOR W. SCOTT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00180 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SET JUDGMENT AND SENTENCING DATE |
| v. | |
| MOHAMMAD NAWAZ KHAN, and MOHAMMAD ADNAN KHAN, | DATE: November 15, 2018<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

By previous order, this matter was set for a status conference on November 15, 2018. The parties agree and stipulate, and jointly represent to the Court the following:

1. The parties have met and conferred regarding revised loss amounts. The government has provided the defense with revised loss calculations performed by the California Employment Development Department. These calculations consist of approximately 2,200 unemployment and disability claims. The government has also provided to the defense declarations from investigating agents articulating how the revised loss amounts were calculated and how the government has sought to exclude any potential legitimate wages from the loss calculations.

2. The parties believe that they can agree to a reasonable estimate of loss in this case and are negotiating a stipulation to that regard. Defense counsel will need additional time to review the material

STIPULATION TO CONTINUE STATUS CONFERENCE                1

provided by the government with their clients and to discuss a possible agreement as to the loss amount.

3. The parties believe that it would now be appropriate for the Court to schedule this matter for a judgment and sentencing hearing, which the parties jointly request be held on January 31, 2019, to give defense counsel additional time to consult with their clients and the parties time to finalize their agreement as to the loss amount.

4. The parties submit that new presentence investigation reports are not necessary for the Court to exercise its authority in resentencing the defendants. The only change in circumstances since the initial presentence reports were prepared is the revised loss amount. In determining an appropriate sentence, the Court can rely upon the original presentence reports, the parties' filings submitted during the original sentencing, and the parties' anticipated stipulation to loss in resentencing the defendants. The parties request that the Court find that the information in the record will enable the Court to exercise its sentencing authority, and that new presentence investigation reports are not necessary. *See* Fed. R. Crim. P. 32(c)(1)(A)(ii).

By this stipulation, the parties now move to set this matter for a judgment and sentencing hearing on January 31, 2019.

IT IS SO STIPULATED.

Dated: October 4, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ JEREMY J. KELLEY
JEREMY J. KELLEY
Assistant United States Attorney

Dated: October 4, 2018

/s/ TIMOTHY E. WARRINER
TIMOTHY E. WARRINER
Counsel for Defendant
Mohammad Nawaz Khan

Dated: October 4, 2018

/s/ ROBERT M. WILSON
ROBERT M. WILSON
Counsel for Defendant
Mohammad Adnan Khan

**ORDER**

Pursuant to the above stipulation, it is hereby ordered that the judgment and sentencing in this matter is scheduled for January 31, 2019. The Court finds that information in the record, including the original presentence reports and parties' filings, as well as the anticipated stipulation to the loss amount, enables the Court to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553. As such, this matter will not be referred to U.S. Probation to conduct an additional presentence investigation report. See Fed. R. Crim. P. 32(c)(1)(A)(ii). The November 15, 2018, status conference is hereby VACATED.

IT IS SO ORDERED.

Dated: October 11, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE