Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Mohammad Nawaz Khan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMAD NAWAZ KHAN, and<br><br>MOHAMMAD ADNAN KHAN,<br><br>Defendants. | Case No. 2:12-cr-00180 MCE<br><br>STIPULATION AND ORDER CONTINUING DATE FOR STATUS CONFERENCE |

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows:

The judgment and resentencing date now set for January 31, 2019 be continued to February 14, 2019 at 10:00 a.m.

DATED: January 25, 2019        /s/ Timothy E. Warriner, Attorney for
                                Defendant, Mohammad Nawaz Khan

DATED: January 25, 2019        /s/ Robert Wilson, Attorney for
                                Defendant, Mohammad Adnan Khan

DATED: January 25, 2019        /s/ Jeremy J. Kelley, Assistant
                                U.S.Attorney

ORDER

1

Pursuant to the above stipulation, the judgment and resentencing in this matter is continued from January 31, 2019 to February 14, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 29, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE