Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Mohammad Nawaz Khan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No. 2:12-cr-00180 MCE
                           )
          Plaintiff,       ) STIPULATION AND ORDER
                           ) CONTINUING DATE FOR
     vs.                   ) RESENTENCING
                           )
MOHAMMAD NAWAZ KHAN, and   )
                           )
MOHAMMAD ADNAN KHAN,       )
                           )
          Defendants.      )

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows:

The judgment and resentencing date now set for February 14, 2019 be continued to March 14, 2019 at 10:00 a.m.

DATED: February 12, 2019          /s/ Timothy E. Warriner, Attorney for
                                  Defendant, Mohammad Nawaz Khan

DATED: February 12, 2019          /s/ Robert Wilson, Attorney for
                                  Defendant, Mohammad Adnan Khan

1

DATED: February 12, 2019                /s/ Jeremy J. Kelley, Assistant U.S. Attorney

## ORDER

Pursuant to the above stipulation, the judgment and resentencing in this matter is continued from February 14, 2019 to March 14, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 14, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE