Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Mohammad Nawaz Khan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MOHAMMAD NAWAZ KHAN, and<br><br>MOHAMMAD ADNAN KHAN,<br><br>    Defendants. | Case No. 2:12-cr-00180 MCE<br><br>STIPULATION AND ORDER CONTINUING DATE FOR RESENTENCING |

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows:

The judgment and resentencing date now set for March 14, 2019 be continued to April 25, 2019 at 10:00 a.m.

DATED: March 12, 2019          /s/ Timothy E. Warriner, Attorney for
                                                      Defendant, Mohammad Nawaz Khan

DATED: March 12, 2019          /s/ Robert Wilson, Attorney for
                                                      Defendant, Mohammad Adnan Khan

DATED: March 12, 2019          /s/ Heiko Coppola, Assistant
                                                      U.S.Attorney

## ORDER

Pursuant to the above stipulation, the judgment and resentencing in this matter is continued from March 14, 2019 to April 25, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 20, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE