| | |
|---|---|
| 1<br>2<br>3<br>4 | **Law Offices of Robert M. Wilson**<br>Robert M. Wilson, SBN: 122731<br>770 L Street, Suite 950<br>Sacramento, CA 95814<br>Telephone: (916) 441-0888<br>RWilson@BusinessCounsel.net |
| 5 | ***ATTORNEYS FOR DEFENDANT***<br>MOHAMMAD ADNAN KHAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MOHAMMAD NAWAZ KHAN and<br>MOHAMMAD ADNAN KHAN,<br><br>　　　　　　Defendants. | Case No.: 2:12-CR-00180 MCE<br><br>AMENDED STIPULATION AND ORDER CONTINUING DATE FOR RESENTENCING |

　　　　Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows: The judgment and resentencing date now set for April 25, 2019, be continued to August 1, 2019, at 10:00 a.m.

Dated: April 22, 2019　　　　　　　　　LAW OFFICES OF ROBERT M. WILSON

　　　　　　　　　　　　　　　　　　　　/s/ Robert M. Wilson
　　　　　　　　　　　　　　　　　　　　Robert M. Wilson
　　　　　　　　　　　　　　　　　　　　Attoney for MOHAMMAD ADNAN KHAN

Dated: April 22, 2019　　　　　　　　　LAW OFFICES OF TIMOTHY E.WARRINER

　　　　　　　　　　　　　　　　　　　　/s/Robert M. Wilson as authorized 4/22/2019
　　　　　　　　　　　　　　　　　　　　Timothy E. Warriner
　　　　　　　　　　　　　　　　　　　　Attorney for MOHAMMAD NAWAZ KHAN

Dated: April 22, 2019

/s/Robert M. Wilson as authorized 4/22/2019
Heiko Coppola
Assistant United States Attorney

**ORDER**

Pursuant to the above stipulation, the judgment and resentencing in this matter is continued from April 25, 2019, to August 1, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: April 29, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE