Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Mohammad Nawaz Khan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMAD NAWAZ KHAN, and<br><br>MOHAMMAD ADNAN KHAN,<br><br>Defendants. | Case No. 2:12-cr-00180 MCE<br><br>STIPULATION AND ORDER CONTINUING DATE FOR RESENTENCING |

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows:

The judgment and resentencing date now set for August 1, 2019 be continued to October 10, 2019 at 10:00 a.m.

DATED: July 30, 2019  /s/ Timothy E. Warriner, Attorney for Defendant, Mohammad Nawaz Khan

DATED: July 30, 2019  /s/ Robert Wilson, Attorney for Defendant, Mohammad Adnan Khan

DATED: July 30, 2019  /s/ Heiko Coppola, Assistant U.S.Attorney

1

## ORDER

Pursuant to the above stipulation, the judgment and resentencing in this matter is continued from August 1, 2019 to October 10, 2019 at 10:00 a.m.

Dated: August 5, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE