**Law Offices of Robert M. Wilson**
Robert M. Wilson, SBN: 122731
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: (916) 441-0888
RWilson@BusinessCounsel.net

***ATTORNEYS FOR DEFENDANT***
MOHAMMAD ADNAN KHAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMAD NAWAZ KHAN, AND MOHAMMAD ADNAN KHAN,<br>,<br>    Defendants. | Case No. 2:12-cr-00180 MCE<br><br>AMENDED STIPULATION AND PROPOSED ORDER CONTINUING DATE FOR RESENTENCING |

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows: The judgment and resentencing date now set for October 10, 2019 be continued to November 14, 2019 at 10:00 a.m.

DATED: October 8, 2019              /s/ Robert M. Wilson,
                           Attorney for Defendant,
                           Mohammad Adnan Khan

DATED: October 8, 2019              /s/ Timothy E. Warriner,
                           Attorney for Defendant,
                           Mohammad Nawaz Khan

DATED: October 8, 2019          /s/ Heiko Coppola,
                                Assistant U.S. Attorney
                                Attorney for the United States of America

ORDER

Pursuant to the above stipulation, the judgment and resentencing in this matter is continued from October 10, 2019 to November 14, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 9, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE