Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Mohammad Nawaz Khan

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTSRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 2:12-cr-00180 MCE
) 
Plaintiff, ) STIPULATION AND ORDER
) CONTINUING DATE FOR
vs. ) RESENTENCING
)
MOHAMMAD NAWAZ KHAN, and )
)
MOHAMMAD ADNAN KHAN, )

Defendants.

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows:

The judgment and resentencing date now set for November 14, 2019 be continued to January 9, 2020 at 10:00 a.m.

DATED: November 8, 2019          /s/ Timothy E. Warriner, Attorney for
                                                     Defendant, Mohammad Nawaz Khan

DATED: November 8, 2019          /s/ Robert Wilson, Attorney for
                                                     Defendant, Mohammad Adnan Khan

1

DATED: November 8, 2019                    /s/ Heiko Coppola, Assistant
                                           U.S.Attorney

## ORDER

Pursuant to the above stipulation, the judgment and resentencing in this matter is continued from November 14, 2019 to January 9, 2020 at 10:00 a.m.

IT IS SO ORDERED.

DATED: November 13, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE