Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Mohammad Nawaz Khan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MOHAMMAD NAWAZ KHAN, and <br> MOHAMMAD ADNAN KHAN, <br><br> Defendants. | Case No. 2:12-cr-00180 MCE <br><br> STIPULATION AND ORDER CONTINUING DATE FOR RESENTENCING |

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows:

///

///

///

///

///

1

The judgment and resentencing date now set for June 25, 2020 be continued to August 27, 2020 at 10:00 a.m.

DATED: June 16, 2020 /s/ Timothy E. Warriner, Attorney for Defendant, Mohammad Nawaz Khan

DATED: June 16, 2020 /s/ Robert Wilson, Attorney for Defendant, Mohammad Adnan Khan

DATED: June 16, 2020 /s/ Heiko Coppola, Assistant U.S.Attorney

## ORDER

Pursuant to the above stipulation, the judgment and resentencing in this matter is continued from June 25, 2020 to August 27, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  June 16, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE