Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Mohammad Nawaz Khan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>MOHAMMAD NAWAZ KHAN, and<br><br>MOHAMMAD ADNAN KHAN,<br><br>         Defendants. | Case No. 2:12-cr-00180 MCE<br><br>STIPULATION AND ORDER CONTINUING  DATE FOR RESENTENCING |

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows:

The judgment and resentencing date now set for August 27, 2020 be continued to November 12, 2020 at 10:00 a.m.

DATED: August 24, 2020           /s/ Timothy E. Warriner, Attorney for
                                 Defendant, Mohammad Nawaz Khan

DATED: August 24, 2020           /s/ Robert Wilson, Attorney for
                                 Defendant, Mohammad Adnan Khan

1

DATED: August 24, 2020                    /s/ Heiko Coppola, Assistant U.S.Attorney

## ORDER

Pursuant to the above stipulation, the judgment and resentencing in this matter is continued from August 27, 2020 to November 12, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  August 25, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE